*James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.

DeAngelo et al., Appellants, *v.* Philadelphia Transportation Company.

Argued November 21, 1968.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Mark Charleston,* with him *Charleston & Post,* for appellant.

*Daniel I. Murphy,* for appellee.

OPINION PER CURIAM, January 15, 1969:
Judgment affirmed.